I'm trying to apeal my sentice due to poor Council and i was unable to understand my Charge and my plea deal due to leaning disablaty and mentel issue's i told my lawyer i wanted to apeal my sentice on Aug 11th i have not been able to contact her from the Start please help me.

*Nicholas Collion*

4-19CR-277-Y

RECEIVED
AUG 31 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

legal p

Nicholas Gullion
P.O. 15330
Fort worth TX 76119
Fedeal medical Center

NORTH TEXAS TX PNDC
DALLAS TX 750
28 AUG 2020 PM 2 L

legal

CLERK OF DISTRICT COURT
NORTHERN DIST OF TX
FORT WORTH DIVISION

2020 AUG 31 PM 1:37

DEPUTY CLERK _____
501 West 10th st
Fort worth TX 76102

76102-350758